No. 87–470.  FORT WAYNE BOOKS, INC. v. INDIANA ET AL. Sup. Ct. Ind.  [Certiorari granted, 485 U. S. 933.]  Motions of Video Software Dealers Association and PHE, Inc., for leave to file briefs as *amici curiae* granted.

No. 87–746.  MICHAEL H. ET AL. v. GERALD D.  Ct. App. Cal., 2d App. Dist.  [Probable jurisdiction noted, 485 U. S. 903.] Motions of American Civil Liberties Union Foundation et al. and National Council for Children's Rights, Inc., for leave to file briefs as *amici curiae* granted.  Motion of appellant Victoria D. for leave to proceed further herein *in forma pauperis* granted.

No. 87–821.  PITTSTON COAL GROUP ET AL. v. SEBBEN ET AL. C. A. 8th Cir.  [Certiorari granted, 484 U. S. 1058];

No. 87–827.  MCLAUGHLIN, SECRETARY OF LABOR, ET AL. v. SEBBEN ET AL.  C. A. 8th Cir.  [Certiorari granted, 484 U. S. 1058]; and

No. 87–1095.  DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. BROYLES ET AL.  C. A. 4th Cir.  [Certiorari granted, 485 U. S. 987.]  Motion of respondents for divided argument denied.

No. 87–1818.  BADHAM ET AL. v. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL.  Appeal from D. C. N. D. Cal.  Motion of appellants to expedite consideration of jurisdictional statement denied.  JUSTICE STEVENS would grant this motion.

No. 87–6701.  IN RE WALDEN.  Petition for writ of mandamus and/or prohibition denied.

No. 86–1856.  NORTHWEST CENTRAL PIPELINE CORP. v. STATE CORPORATION COMMISSION OF KANSAS ET AL.  Appeal from Sup. Ct. Kan.  Probable jurisdiction noted.

No. 87–980.  MISSISSIPPI BAND OF CHOCTAW INDIANS v. HOLYFIELD ET AL.  Appeal from Sup. Ct. Miss.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 87–1206.  MESA ET AL. v. CALIFORNIA.  C. A. 9th Cir. Certiorari granted.